```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 00347
    MICHELE D HARRIS MCGRAW
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-4940


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 01/09/2007 and was not confirmed.

    The case was dismissed without confirmation 07/25/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
EVERGREEN FINANCE CORP    SECURED VEHIC    7200.00         .00           325.49
EVERGREEN FINANCE CORP    UNSECURED        NOT FILED       .00           .00
HOLDEN PARK CONDO ASSOC   SECURED          4413.00         .00           200.72
INTERNAL REVENUE SERVICE  MORTGAGE ARRE    .00             .00           .00
WELLS FARGO BANK          CURRENT MORTG    .00             .00           .00
WELLS FARGO BANK          MORTGAGE ARRE    24434.21        .00           .00
ASSET ACCEPTANCE LLC      UNSECURED        19287.57        .00           .00
BALLYS TOTAL FITNESS      UNSECURED        NOT FILED       .00           .00
CAPITAL ONE               UNSECURED        2737.87         .00           .00
CAPITAL ONE               UNSECURED        1757.85         .00           .00
CAPITAL ONE BANK          UNSECURED        NOT FILED       .00           .00
CHASE                     UNSECURED        NOT FILED       .00           .00
CITIBANK                  UNSECURED        NOT FILED       .00           .00
CITIBANK                  UNSECURED        NOT FILED       .00           .00
CITIBANK                  UNSECURED        NOT FILED       .00           .00
B-LINE LLC                UNSECURED        657.75          .00           .00
CITIBANK                  UNSECURED        NOT FILED       .00           .00
CITIBANK                  UNSECURED        NOT FILED       .00           .00
CITIFINANCIAL             UNSECURED        NOT FILED       .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED        11907.15        .00           .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED       .00           .00
DFS/CIT                   UNSECURED        NOT FILED       .00           .00
EVERGREEN FINANCE CORP    UNSECURED        NOT FILED       .00           .00
PREMIER BANCARD CHARTER   UNSECURED        279.98          .00           .00
GDYR/CBSD                 UNSECURED        NOT FILED       .00           .00
GE CAPITAL AUTO FINANCE*  UNSECURED        NOT FILED       .00           .00
GATEWAY CBUSA             UNSECURED        NOT FILED       .00           .00
HSBC NV                   UNSECURED        NOT FILED       .00           .00
HSBC/WICKS                UNSECURED        NOT FILED       .00           .00
LVNV FUNDING              UNSECURED        800.16          .00           .00
LVNV FUNDING              UNSECURED        NOT FILED       .00           .00
MIDLAND                   UNSECURED        NOT FILED       .00           .00
MIDLAND CREDIT MANAGEMEN  UNSECURED        NOT FILED       .00           .00
MILLENIUM CREDIT CONSULT  UNSECURED        NOT FILED       .00           .00
NCO FIN/22                UNSECURED        NOT FILED       .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 00347 MICHELE D HARRIS MCGRAW
```

```
NCO FIN/99                    UNSECURED       NOT FILED           .00           .00
NICOR GAS                     UNSECURED       NOT FILED           .00           .00
NICOR GAS                     UNSECURED       NOT FILED           .00           .00
PARAGON PARKWAY               UNSECURED       NOT FILED           .00           .00
PARK DANSEN                   UNSECURED       NOT FILED           .00           .00
PORTFOLIO RECOVERY ASSOC      UNSECURED        5682.48            .00           .00
PORTFOLIO RECOVERY ASSOC      UNSECURED       NOT FILED           .00           .00
PROVIDIAN FINANCIAL           UNSECURED       NOT FILED           .00           .00
DAKOTA STATE BANK             UNSECURED         345.61            .00           .00
AT & T BANKRUPCTY             UNSECURED       NOT FILED           .00           .00
SEARS/CBSD                    UNSECURED       NOT FILED           .00           .00
TRIBUTE                       UNSECURED       NOT FILED           .00           .00
INTERNAL REVENUE SERVICE      PRIORITY            .00             .00           .00
INTERNAL REVENUE SERVICE      UNSECURED           .00             .00           .00
T-MOBILE USA                  UNSECURED         688.80            .00           .00
CACH LLC                      UNSECURED        2359.94            .00           .00
JEFFERSON CAPITAL SYSTEM      UNSECURED        2905.11            .00           .00
ROBERT V SCHALLER ^           DEBTOR ATTY     2,859.00                          .00
TOM VAUGHN                    TRUSTEE                                         34.79
DEBTOR REFUND                 REFUND                                            .00

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       561.00

PRIORITY                                             .00
SECURED                                           526.21
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                               34.79
DEBTOR REFUND                                        .00
                          ---------------    ---------------
TOTALS                        561.00              561.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 10/22/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE



                         PAGE   2
         CASE NO. 07 B 00347 MICHELE D HARRIS MCGRAW